UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HISUELY ABREU, as Parent and Natural Guardian of
J.D., and HISUELY ABREU, Individually,


JHOANA JUCA, as Parent and Natural Guardian of
K.A., and JHOANA JUCA, Individually,


MASSIEL DE LA CRUZ, as Parent and Natural
Guardian of D.D.L.C. and MASSIEL DE LA CRUZ,
Individually,

                              Plaintiffs,

                    v.

MELISSA AVILES-RAMOS, in her official capacity
as Chancellor of the New York City Department of
Education, and the NEW YORK CITY
DEPARTMENT OF EDUCATION

                              Defendants,

---

25-CV-5499 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Plaintiffs' motion for a temporary restraining order ("TRO") and

preliminary injunction. Plaintiffs shall promptly serve the Complaint, all documents in support of their

motion, and a copy of this Order on Defendants. Within two days of such service, the parties shall submit

a joint letter proposing a briefing schedule for Plaintiffs' motion and indicating whether they seek oral

argument or a hearing on that motion.

SO ORDERED.

Dated:          July 8, 2025
                New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge