

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**David Kaplan**
Phone: (212) 356-1175
Dakaplan@law.nyc.gov

July 9, 2025

**BY ECF**
Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *Abreu et al. v. Aviles-Ramos et al.*
         25-CV-05499 (RA)

Dear Judge Abrams:

      This office represents the Defendants in the above referenced action. I write jointly for the Parties pursuant to Your Honor's July 8, 2025 Order (ECF No. 10) to submit a proposed briefing schedule for Plaintiffs' Proposed Order to Show Cause and to communicate the Parties' positions on oral argument in the above matter. The Parties respectfully request the Court to adopt the following briefing schedule for Plaintiffs' Proposed Order to Show Cause:

| | |
|---|---|
| By July 17, 2025: | Defendants shall file their Opposition; |
| By July 21, 2025: | Plaintiffs shall file their Reply, if any |

      Regarding oral argument on this motion, Plaintiffs request oral argument. Defendants do not request oral argument, but are available at the Court's convenience if scheduled by Your Honor. The Parties are available for oral argument July 23, 2025 if this is amenable to the Court.

      Thank you for Your Honor's consideration.

                    Respectfully,

s/ *David Kaplan*

David Kaplan
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007

Cc:
Kenneth Willard, esq.
Liberty & Freedom Legal Group
300 East 95th Street, Suite 130
New York, New York 10128
ken@pabilaw.org
*Via ECF*

Application granted. The Court adopts the
briefing schedule proposed above and will
schedule oral argument at a later date if
necessary.

SO ORDERED.

_____

Hon. Ronnie Abrams
July 10, 2025