UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HISUELY ABREU, as Parent and Natural Guardian of J.D., and HISUELY ABREU, Individually,

JHOANA JUCA, as Parent and Natural Guardian of K.A., and JHOANA JUCA, Individually,

MASSIEL DE LA CRUZ, as Parent and Natural Guardian of D.D.L.C. and MASSIEL DE LA CRUZ, Individually,

      Plaintiffs,

v.

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION

      Defendants,

25-CV-5499 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

  The Court will hold a telephone conference in this action on July 25, 2025 at 11:00 a.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 23055424735. This conference line is open to the public.

SO ORDERED.

Dated:  July 22, 2025
     New York, New York

                _____
                Ronnie Abrams
                United States District Judge