UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HISUELY ABREU, as Parent and Natural Guardian of J.D., and HISUELY ABREU, Individually, JHOANA JUCA, as Parent and Natural Guardian of K.A., and JHOANA JUCA, Individually, MASSIEL DE LA CRUZ, as Parent and Natural Guardian of D.D.L.C. and MASSIEL DE LA CRUZ, Individually,

Plaintiffs,

v.

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

25-CV-5499 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On October 6, 2025, Defendants indicated in a joint letter that the parties had an opportunity to meet and confer and agreed that given recent developments the scope of the matter may be narrowed. The letter further indicated that Plaintiffs intended to remove certain claims, which the parties agreed no longer involved live disputes. *See* Dkt. No. 35.

The Court endorsed the Order setting a deadline for Plaintiffs to amend their Complaint by October 20, 2025 with Defendants' response to the Amended Complaint due by November 3, 2025. *See* Dkt. No. 36. Plaintiffs have failed to submit an Amended Complaint. On November 14, 2025, Plaintiffs acknowledged that they were in receipt of pendency payments and reaffirmed their request for a ruling on the pending motions for preliminary injunctions. *See* Dkt. No. 38. The parties shall submit a joint status letter by December 19, 2025 apprising the Court as to the

submission of the Amended Complaint and explaining whether they are still seeking oral argument on one or both of their motions for preliminary injunction.

SO ORDERED.

Dated:    December 17, 2025
          New York, New York

Ronnie Abrams
United States District Judge