
# LIBERTY & FREEDOM
# LEGAL GROUP, LTD

The Court is unavailable on both dates the parties proposed. As such, the oral argument previously scheduled for January 6, 2026 is hereby adjourned to January 27, 2026 at 11:00 a.m.

December 19, 2025

SO ORDERED.

**VIA ECF**
Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Hon. Ronnie Abrams
December 23, 2025

Re: *Abreu et al. v. Aviles-Ramos et al.*, 25-cv-05499 (RA)

Dear Judge Abrams:

Pursuant to Your Honor's Order dated December 19, 2025 (ECF No. 42), oral argument on Plaintiffs' motions for preliminary injunction is currently scheduled for January 6, 2026. However, counsel for Plaintiffs is unavailable on that date, as we are scheduled to present oral argument before the New York Court of Appeals in *Cruz v. Banks* (2d Cir. 24-1147; 22-cv-9220). Therefore, Plaintiffs respectfully request to adjourn the oral argument to January 13, 2026 or, if Your Honor is not available that day, to January 14, 2026.

Defendants consent to the adjournment of oral argument to either January 13 or 14, 2026.

Plaintiffs thank the Court for its courtesy and consideration in this matter.

Respectfully submitted,

*Nicole Lancia*

Nicole Lancia, Esq.