UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HISUELY ABREU, as Parent and Natural
Guardian of J.D., and HISUELY ABREU,
Individually, JHOANA JUCA, as Parent and
Natural Guardian of K.A., and JHOANA JUCA,
Individually, MASSIEL DE LA CRUZ, as Parent
and Natural Guardian of D.D.L.C. and MASSIEL
DE LA CRUZ, Individually,

                    Plaintiff,

                  v.

MELISSA AVILES-RAMOS, in her official
capacity as Chancellor of the New York City
Department of Education, and the NEW YORK
CITY DEPARTMENT OF EDUCATION,

                    Defendants.

25-CV-5499 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

For the reasons stated in the hearing on February 2, 2026, Plaintiffs' first and second motions for preliminary injunction are denied. The Clerk of Court is hereby directed to close the motions pending at Dkt. Nos. 6 and 26.

SO ORDERED.

Dated:    February 2, 2026
          New York, New York

                                                Ronnie Abrams
                                                United States District Judge