UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HISUELY ABREU, as Parent and Natural Guardian of J.D., and HISUELY ABREU, Individually, JHOANA JUCA, as Parent and Natural Guardian of K.A., and JHOANA JUCA, Individually, MASSIEL DE LA CRUZ, as Parent and Natural Guardian of D.D.L.C. and MASSIEL DE LA CRUZ, Individually, <br><br>  Plaintiffs, <br><br>  v. <br><br> MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION; <br><br>  Defendants. | 25-CV-5499 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On February 20, 2026, Plaintiffs filed a proposed order to show cause for a temporary restraining order or preliminary injunction. Dkt. No. 60. Defendants shall file their response by February 27, 2026 and Plaintiffs may file a reply by March 2, 2026.

SO ORDERED.

Dated:     February 23, 2026
           New York, New York

Ronnie Abrams
United States District Judge