UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HISUELY ABREU, as Parent and Natural Guardian of J.D., and HISUELY ABREU, Individually, JHOANA JUCA, as Parent and Natural Guardian of K.A., and JHOANA JUCA, Individually, MASSIEL DE LA CRUZ, as Parent and Natural Guardian of D.D.L.C. and MASSIEL DE LA CRUZ, Individually,

                        Plaintiff,

            v.

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

                        Defendants.

25-CV-5499 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

On February 20, 2026, Plaintiffs filed a motion for a temporary restraining order and preliminary injunction. Dkt. No. 60. This is Plaintiffs' third motion for a temporary restraining order in this case. See Dkts. No. 6, 26. The Court denied their two other requests for emergency relief on February 2, 2026. Dkt. No. 55. In support of their latest motion, Plaintiffs attach two emails from Chesky Jacobowitz, purportedly an employee of B&H Healthcare Services d/b/a Park Avenue Home Care ("B&H"), which indicate that B&H will stop offering nursing services if Defendants do not pay an outstanding balance of $181,929 for J.D. and $323,330 for K.A. by March 5, 2026. *See* Dkt. 60, Exs. A–B. Plaintiffs subsequently withdrew their request for injunctive relief as to K.A., *see* Dkt. No.

64, after Defendants pointed out that they were current on those payments. *See* Dkt. No. 63. They now proceed solely as to the payments regarding J.D. *See* Dkt. No. 64.

On February 27, 2026, Defendants responded and requested limited discovery, including but not limited to a deposition of Jacobowitz. *See* Dkt. No. 63. Their motion is granted. They shall file a proposal outlining precisely what they seek from this limited discovery by March 5, 2026.

On that same date, Plaintiffs shall file a letter describing any relationship—legal, professional, familial, personal or otherwise—between Liberty & Freedom Legal Group Ltd., iBRAIN, and B&H, including but not limited to:

- Any overlaps in management, leadership, boards of directors, and/or employees including non-payroll employees such as contractors;

- Shared physical spaces;

- Insurance policies covering both entities; and/or

- Governmental filings where both entities are referenced.

Plaintiffs shall also produce any communications between the attorneys at Liberty & Freedom Legal Group Ltd. and B&H in connection with this matter or B&H's decision to suspend nursing services for any students currently enrolled at iBrain.

The parties are to advise the Court by tonight as to their availability for oral argument—either remote or in-person.

SO ORDERED.

Dated:     March 3, 2026
           New York, New York

_____
Ronnie Abrams
United States District Judge

2