UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HISUELY ABREU, as Parent and Natural Guardian of J.D., and HISUELY ABREU, Individually, JHOANA JUCA, as Parent and Natural Guardian of K.A., and JHOANA JUCA, Individually, MASSIEL DE LA CRUZ, as Parent and Natural Guardian of D.D.L.C. and MASSIEL DE LA CRUZ, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION, <br><br> Defendants. | 25-CV-5499 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

Consistent with this Court's March 3, 2026 order directing the parties to propose dates for oral argument, Defendants have stated that they are available on March 9th or 10th, but suggest that March 30th would be more appropriate. Plaintiffs have indicated that they are available at the Court's convenience. (Although an order the Court issued earlier today stated that Plaintiffs had not expressed availability for oral argument, in fact, they had sent an email not filed on the docket, which the Court unfortunately missed.)

Accordingly, oral argument shall be held on this matter on March 9, 2026 at 3:00 p.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:    March 5, 2026
           New York, New York

_____
Ronnie Abrams
United States District Judge