UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| HISUELY ABREU, individually and as Parent and Natural Guardian of J.D., JHOANA JUCA, individually and as Parent and Natural Guardian of K.A., MASSIEL DE LA CRUZ, individually and as Parent and Natural Guardian of D.D.L.C.,<br><br>                    Plaintiffs,<br><br>              v.<br><br>MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION;<br><br>                    Defendants. | 25-CV-5499 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court has reviewed Plaintiffs' latest application for emergency relief. *See* Dkt. Nos. 78–82.

Plaintiffs are ordered to provide the following information on or before April 22, 2026: how many students were affected by the school's closure on Thursday April 16, 2026; whether any students have attended iBRAIN since the alleged closure on April 16, 2026 (and if so, how many); whether iBRAIN intends to be open at all in the foreseeable future; and any non-privileged communications about the closure or efforts to reopen iBrain sent from April 6, 2026 onward (the date of Plaintiffs' last motion).

In addition, in light of the Court's concern that the irreparable harm alleged in Plaintiffs' most recent motion may be manufactured, by the same date Plaintiffs shall also provide all relevant financial information, such as income statements, balance sheets, and cash flow statements, that can assist the Court in assessing iBRAIN's financial condition as of April 15, 2026 (when the

email was sent to iBRAIN families notifying them of the April 16, 2026 closure); April 17, 2026 (when Plaintiffs filed their application); and as of the date of this order. Plaintiffs shall also provide a sworn declaration from a representative of iBRAIN swearing to or affirming the fact that the financial records provided are accurate and include all relevant information.

Defendants are ordered to respond to Plaintiffs' application on or before April 24, 2026.

SO ORDERED.

Dated:    April 20, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge