UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HISUELY ABREU, as Parent and Natural Guardian of J.D., and Individually, et al.,

Plaintiffs,

v.

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 5499 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management. (Dkt. No. 92 (the "Referral")). By **October 27, 2026**, the parties shall file a joint letter proposing next steps in this case in light of the Referral.

Dated: New York, New York
October 13, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**